# Court of Appeals of the State of Georgia

ATLANTA,  August 07, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0010. RICH P. SUCCESSFUL v. ISAIAH GREGORY-MCMILLIAN et al.

The trial court entered a default judgment against defendant Rich P. Successful and determined that it would resolve damages at a later date. Successful filed a motion to set aside and vacate the default judgment. On June 18, 2025, the trial court entered an order denying Successful's motion to set aside and vacate the default judgment. Successful then filed this discretionary application, seeking to appeal the June 18 order. We, however, lack jurisdiction.

A default judgment as to liability only is not a final judgment. See *Cryomedics, Inc. v. Smith*, 180 Ga. App. 336, 337-338 (349 SE2d 223) (1986). Consequently, this case remains pending before the trial court. Thus, in order to appeal the denial of his motion to set aside and vacate the default judgment, Successful was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989) (an application for interlocutory review is required to appeal a trial court order entered in a case that remains pending before the trial court). Successful's failure to follow the correct procedure here deprives us of jurisdiction

over this application, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/07/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*